**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jermaine Jordan,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>　　　　　Defendant. | No. CV-11-2272-PHX-ROS (LOA)<br><br>**ORDER** |

This matter arises before the Court on Defendants' Motion to Strike Plaintiff's Motion of Reply to Defendants' Answer, doc. 43. (Doc. 44)

**I. Background**

Plaintiff filed a pro se Prisoner Civil Rights Complaint on November 18, 2011, pursuant to 42 U.S.C. § 1983. (Doc.1) Plaintiff alleged only one claim for relief, *i.e.,* that his Eighth Amendment rights were violated when Defendants failed to protect him from being raped by another inmate. (Doc. 8 at 3) After the mandatory screening process pursuant to 28 U.S.C. § 1915A(a), the Court ordered that Defendants Morgan and Moore answer the complaint. (*Id.* at 3) The Court dismissed the remaining defendants. (*Id.*) Defendants Morgan and Moore answered the complaint on August 29, 2012. (Doc. 42) On September 5, 2012, Plaintiff filed a document entitled Motion to Reply to Defendants Answer. (Doc. 43) It is that document that Defendants wish to have the Court strike.

///

**II. Analysis**

Defendants moved to strike Plaintiff's Reply on the ground that a reply to an answer is not permitted under the Federal Rules of Civil Procedure, unless the Court orders that one be filed. Fed. R. Civ. P. 7(a)(7). The rule sets forth the only pleadings that are allowed. Subsection (7) specifically states that a reply to an answer is only permitted if the court orders one. (*Id.*)

Plaintiff does not allege, nor does the docket reflect, that the Court ordered a reply to Defendants' answer. Therefore, under Rule 7(a)(7) of the Federal Rules of Civil Procedure, it is an impermissible pleading and the Court will strike it from the record.

Accordingly,

**IT IS ORDERED** that Defendants' Motion to Strike Plaintiff's Motion of Reply to Defendants' Answer, doc. 44, is **GRANTED.** The Clerk of Court is kindly directed to strike doc. 43 from the record.

Dated this 27th day of September, 2012.

Lawrence O. Anderson
United States Magistrate Judge